UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:03-cr-363-T-23MSS

CRYSTAL GREEN
_____

ORDER

This cause came on for consideration of Defendant's pro se motion entitled "Motion Asking the Honorable Courts for a Sentence Reduction."

On May 3, 2004, the Court sentenced Defendant to a term of imprisonment of thirty-seven (37) months. The Court recommended to the Bureau of Prisons that, "[i]f the Defendant qualifies, that she be placed into a boot camp program; also that the defendant be placed in the 500 hour intensive drug treatment program while incarcerated." The successful completion of these programs may reduced a defendant's sentence.

Defendant now seeks a reduction in sentence. Defendant states that the Bureau of Prisons recently discontinued the boot camp program and that the 500 hour residential drug treatment program is "way behind." Defendant therefore argues that she will not be able to participate in either program, and, therefore, will not be able to receive a reduction in her sentence.

The Government objects to Defendant's request for a reduction in sentence. The Government correctly argues that the Court lacks jurisdiction and authority to award the relief Defendant seeks. As such, Defendant's motion must be denied.

It is ORDERED that:

(1) Defendant's pro se motion entitled "Motion Asking the Honorable Courts for a Sentence Reduction" is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 3rd, 2005.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
United States Probation Office
Defendant